**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADELLA L. LOGAN,

    Plaintiff

v.

CITIZEN'S BANK, N.A., et al.

    Defendants

Case No.: 2:26-cv-00887-APG-MDC

**Order**

Plaintiff Adella Logan moves for a temporary restraining order to enjoin the defendants from foreclosing on her home.  Logan has not complied with the Local Rule regarding emergency motions. *See* LR 7-4.  The Local Rules can be accessed at this court's website, nvd.uscourts.gov.  Because the foreclosure sale is scheduled for May 15, 2026, there is time for Logan to serve the defendants and for them to respond. *See* ECF No. 1 at 23.  Logan must properly serve the defendants, and the defendants must be afforded an opportunity to appear and oppose her motion.  I refer her to Federal Rule of Civil Procedure 4 on how to properly accomplish service.

DATED this 26th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE