**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**



**ADELLA L. LOGAN**,
Plaintiff, Pro Se

v.

**CITIZENS BANK, N.A., et al.,**
Defendants.

Case No.: 2:26-cv-00887-APG-MDC

## MOTION FOR STATUS OF SERVICE AND FOR ORDER AUTHORIZING ALTERNATIVE SERVICE

### I. INTRODUCTION

Plaintiff, Adella L. Logan, respectfully moves this Court for an order:

1. Acknowledging the current status of service efforts; and
2. Authorizing alternative service upon certain Defendants whose conduct and structure have rendered traditional service impracticable.

This motion arises from Plaintiff's diligent, good-faith efforts to effectuate service of process in a time-sensitive wrongful foreclosure action, where a foreclosure sale remains pending and immediate judicial intervention is required.

### II. PROCEDURAL BACKGROUND

Plaintiff filed this action on March 25, 2026, asserting claims arising from wrongful foreclosure, violations of federal servicing laws, and seeking declaratory and injunctive relief.

Plaintiff concurrently filed an Emergency Motion for Temporary Restraining Order, which remains pending before this Court.

Due to the imminent threat of foreclosure, Plaintiff retained a professional process serving company and paid additional fees for expedited service to ensure timely notice to all Defendants.

### III. STATUS OF SERVICE

#### A. Citizens Bank, N.A.

Service has been successfully completed upon Defendant Citizens Bank, N.A.

Proof of service has been or will be filed with the Court.

**B. Mortgage Electronic Registration Systems, Inc. (MERS)**

Service was initially attempted at:

1818 Library Street, Suite 300
Reston, Virginia 20190

However, the process server confirmed that this location is not a proper address for service of process and is merely a business office.

The process server further advised that MERS requires service through its registered agent:

**CT Corporation System**
4701 Cox Road, Suite 285
Glen Allen, Virginia 23060

Despite Plaintiff's diligence, service has been delayed due to Defendant's reliance on third-party registered agents rather than maintaining a direct service location.

**C. Trustee Corps, LLC**

Service was attempted at:

3571 Red Rock Street, Suite B
Las Vegas, Nevada 89103

This attempt was unsuccessful. The location was found to be invalid and/or not accepting service.

The process server confirmed that Trustee Corps directs all service of process through its registered agent:

**GKL Group, Inc.**
3064 Silver Sage Drive, Suite 150
Carson City, Nevada 89701

Additionally, the process server was unable to confirm a valid and active registered agent listing with the Nevada Secretary of State at the time of attempted service, further complicating Plaintiff's efforts.

## IV. EVIDENCE OF DILIGENCE AND FAILED SERVICE

Plaintiff has exercised extensive and good-faith efforts to complete service, including:

- Retaining a licensed professional process server
- Paying expedited service fees
- Attempting service at all known business addresses
- Following process server guidance regarding registered agents
- Actively communicating with the process serving company

Despite these efforts, service has been delayed due to:

- Invalid or non-operational service addresses
- Defendants refusing or failing to accept service at business locations

- Reliance on third-party registered agents
- Conflicting or unclear service information

Supporting documentation is attached as exhibits.

## V. PATTERN OF EVASION AND IMPRACTICABILITY

The facts demonstrate a clear pattern:

- Defendants initiate and pursue foreclosure actions against Plaintiff
- Defendants do not maintain reliable service addresses
- Defendants require routing through third-party agents
- Known addresses result in failed service attempts

This creates a situation where Plaintiff is unable to complete service through traditional means despite diligent efforts.

Defendants cannot simultaneously initiate foreclosure proceedings against Plaintiff while structuring themselves in a manner that frustrates lawful service of process.

## VI. LEGAL AUTHORITY

Under Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1)(A), service may be effected pursuant to the law of the state in which the district court is located.

Nevada law provides for alternative service where traditional service methods are impracticable.

See **Nevada Rule of Civil Procedure 4.4(b)**.

Courts routinely authorize alternative service where:

- Defendants cannot be located with reasonable diligence
- Service attempts have failed
- The proposed method is reasonably calculated to provide actual notice

Here, Plaintiff has satisfied all requirements for such relief.

## VII. REQUEST FOR ALTERNATIVE SERVICE

Plaintiff respectfully requests that the Court authorize alternative service upon Defendants, including but not limited to:

1. Service via known email addresses associated with Defendants
2. Service via registered agent email or corporate contact channels
3. Service via U.S. Mail to last known addresses
4. Any other method reasonably calculated to provide actual notice

## VIII. URGENCY AND EQUITABLE CONSIDERATIONS

This case involves an imminent foreclosure sale of Plaintiff's primary residence.

Plaintiff has already sought emergency injunctive relief.

Any further delay in service, through no fault of Plaintiff, risks irreparable harm, including loss of property.

Equity supports granting relief where a party has acted diligently and in good faith.

## IX. CONCLUSION

Plaintiff has:

- Acted diligently and in good faith
- Retained professional service assistance
- Attempted service at all known locations
- Encountered repeated failures due to Defendants' structure and conduct

Accordingly, Plaintiff respectfully requests that this Court:

A. Acknowledge the status of service efforts;
B. Authorize alternative service pursuant to NRCP 4.4(b);
C. Permit service via email and other reasonable means;
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**/s/ Adella L. Logan**
Adella L. Logan
Plaintiff, Pro Se

# Exhibit A
Proof of Service – Citizens Bank, N.A.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Adella L. Logan

_____
Plaintiff(s)

v.

Citizens Bank NA; Mortgage ElectronicRegistn Systems Inc (MERS); Trustee Corp; Does 1-10

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## 2:26-cv-00887-APG-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Citizens Bank NA.
Attn: Legal Department
One Citizens Plaza
Providence, RI 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Adella L. Logan
5009 Paradise Harbor Place
North Las Vegas NV 89031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  3/25/26



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-CV-00887-APG-MDC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Citizens Bank, N.A.

was received by me on *(date)*    03/27/2026    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Marcus Vicente, Legal Clerk    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Citizens Bank, N.A. at
Legal Department,
One Citizens Bank Way, Johnston, RI 02919    on *(date)* 03/30/2026 at 10:50am; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    3/31/26

*Bryan Faulkner*

*Server's signature*
**Bryan Faulkner**
**Process Server**
_____
*Printed name and title*


PO Box 869103
Milton, MA  02186
_____
*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served:
- Verified Complaint for: (1) Violations of RESPA (12 U.S.C. § 2605), (2) Violations of FHA Servicing Regulations (24 C.F.R. § 203.604), (3) Wrongful Foreclosure, (4) Declaratory and Injunctive Relief
- Civil Cover Sheet
- Emergency Motion for Temporary Restraining Order

# Exhibit B
## Process Server Service Update
## and Failed Service Attempts

----- Forwarded Message -----
**From:** EmmaLee Snyder <emmalee@lpsnv.com>
**To:** kiknitwjesus@aol.com <kiknitwjesus@aol.com>
**Cc:** Alexi Baldazo <alexi@lpsnv.com>
**Sent:** Thursday, April 2, 2026 at 11:38:55 AM PDT
**Subject:** 2601569 Update from LPS/Legal Process Service Case#:2:26-CV-00887-APG-MDC Serve: Trustee Co

Work Order #: 2601569
Case #:: 2:26-CV-00887-APG-MDC
Filed Date: 3/25/2026
Hearing Date:
Plaintiff: Adella L. Logan
Defendant: Citizens Bank, N.A.; et al.

Serve To: Trustee Corps

Date Served:

Time Served:

Your File:

Remarks: Hello, the attempt to serve Trustee Corps c/o GKL Registered Agents of NV, Inc., at 3064 Silver Sage Dr., Ste. 150, Carson City, NV 89701 was to no avail. GKL rejected service as the company "Trustee Corps", as named in your documents, is not listed as one of their clients. Do you have another address for service you would like to try? Would you like to hold service to amend the name of the company in your documents? Please advise how you would like to proceed. Thank you - EmmaLee 4/2

**Good afternoon, per our conversation, click this link for ROUTINE SERVICE or this link for RUSH SERVICE for attempts at c/o, GKL Registered Agents of NV, Inc., 3064 Silver Sage Dr., Ste. 150, Carson City, NV 89701. Thank you, Kisun (03/31/2026)**

Hello, attempt to serve Trustee Corps at 3571 Red Rock St., Suite B (suite A is vacant), Las Vegas, NV 89103 was to no avail. Server spoke to Starr Meehan, who said all service of process needs to go to their Registered Agent, GKL Group, 3064 Silver Sage Dr., Suite 150, Carson City, NV 89701. We did not find a listing with Nevada Secretary of State for Trustee Corps, to confirm if this is an active Registered Agent. If you would still like for us to attempt that address an additional fee of $110.00 will apply, or we can close it with an affidavit of attempted service. Please advise how you would like to proceed. Thank you, Josefina 3/31.

Good morning, per our phone call, we will proceed with service to Trustee Corp's address at 3571 Red Rock Street, Las Vegas, NV 89103 instead. Thank you, Alexi (03/27)

Hello, can you please verify the service address, we were provided with 5075 S. Durango Dr., Suite 104, Las Vegas, NV 89113 however this address does not exist. The building numbers on Durango Dr., go from 5055 to

5105, please advise. Thank you, Josefina 3/26.

Hello, we are in receipt of and are processing your request to serve a Trustee Corps at 5075 S. Durango Dr., Suite 104, Las Vegas, NV 89113.  Please note, the address provided is a main business location of the company and may not be a good address for service of process.  Typically, the courts prefer service of a summons and complaint to go to the Registered Agent.  Service to the main address may be rejected at time of service or sometime down the line.  Please advise if you would like to pivot service to the Registered Agent.  Otherwise, we will proceed with service to 5075 S. Durango Dr., Suite 104, Las Vegas, NV 89113 as originally instructed.  Thank you - EmmaLee 3/26

2601568 Update from LPS/Legal Process Service Case#:2:26-CV-00887-APG-MDC Serve: Mortgage E

From:  Kisun Griffith (kisun@lpsnv.com)

To:    kiknitwjesus@aol.com

Date:  Tuesday, March 31, 2026 at 02:08 PM PDT

Work Order #: 2601568
Case #:: 2:26-CV-00887-APG-MDC
Filed Date: 3/25/2026
Hearing Date:
Plaintiff: Adella L. Logan
Defendant: Citizens Bank, N.A.; et al.

Serve To: Mortgage Electronic Registration Systems, Inc. (MERS)

Date Served:

Time Served:

Your File:

Remarks: **Good afternoon, per our conversation, we will proceed with service efforts at the registered agent, CT Corp., in Glen Allen, VA. Thank you, Kisun (03/31/2026)**

**Reminder** We are currently holding service.  Review update below.  Please advise how you would like to proceed as soon as possible.  Thank you, Kisun (03/30/2026)**

**Hello, my VA server has advise that the entity is no longer operating at the address provided (1818 Library St., Suite 300, Reston, VA 20190). They not accept service through their registered agent at CT Corporation System, Registered Agent, 4701 Cox Road, Suite 285, Glen Allen, VA 23060. Please advise if you are okay with us proceeding with the registered agent address. Thank you, Kisun (03/27/2026)**

Hello, we are in receipt of and are processing your request to serve a Mortgage Electronic Registration Systems, Inc. (MERS) at 1818 Library St., Suite 300, Reston, VA 20190.  Please note, the address provided is a main business location of the company and may not be a good address for service of process.  Typically, the courts prefer service of a summons and complaint to go to the Registered Agent.  Service to the main address may be rejected at time of service or sometime down the line.  Please advise if you would like to pivot service to the Registered Agent.  Otherwise, we will proceed with service to 1818 Library St., Suite 300, Reston, VA 20190 as originally instructed.  Thank you - EmmaLee 3/26

2601569 Update from LPS/Legal Process Service Case#:2:26-CV-00887-APG-MDC Serve: Trustee Co

From:  Josefina Medina (josefina@lpsnv.com)

To:      kiknitwjesus@aol.com

Date:  Tuesday, March 31, 2026 at 01:45 PM PDT

Work Order #: 2601569
Case #:: 2:26-CV-00887-APG-MDC
Filed Date: 3/25/2026
Hearing Date:
Plaintiff: Adella L. Logan
Defendant: Citizens Bank, N.A.; et al.

Serve To: Trustee Corps

Date Served:

Time Served:

Your File:

Remarks: Hello, attempt to serve Trustee Corps at 3571 Red Rock St., Suite B (suite A is vacant), Las Vegas, NV 89103 was to no avail. Server spoke to Starr Meehan, who said all service of process needs to go to their Registered Agent, GKL Group, 3064 Silver Sage Dr., Suite 150, Carson City, NV 89701. We did not find a listing with Nevada Secretary of State for Trustee Corps, to confirm if this is an active Registered Agent. If you would still like for us to attempt that address an additional fee of $110.00 will apply, or we can close it with an affidavit of attempted service. Please advise how you would like to proceed. Thank you, Josefina 3/31.

2601567 Update from LPS/Legal Process Service Case#:2:26-CV-00887-APG-MDC Serve: Citizens B

From: Kisun Griffith (kisun@lpsnv.com)

To:    kiknitwjesus@aol.com

Date: Tuesday, March 31, 2026 at 09:56 AM PDT

Work Order #: 2601567
Case #:: 2:26-CV-00887-APG-MDC
Filed Date: 3/25/2026
Hearing Date:
Plaintiff: Adella L. Logan
Defendant: Citizens Bank, N.A.; et al.

Serve To: Citizens Bank, N.A.

Date Served: 3/30/2026

Time Served: 10:50am

Your File:

Remarks: **Service was accepted by Marcus Vicente, Legal Clerk, at c/o Legal Department, One Citizens Bank Way, Johnston, RI 02919. Your affidavit will soon follow. Thank you, Kisun (03/31/2026)**

**Good morning, our server in this area advised that the address provided in Providence, RI has been closed. They are now at One Citizens Bank Way, Johnston, RI 02919. We will proceed with the address in Johnston, WI. If you would like us to proceed otherwise, please advise. Thank you, Kisun (03/27/2026)**

Hello, we are in receipt of and are processing your request to serve a Citizens Bank, N.A. c/o Legal Department, at One Citizens Plaza, Providence, RI, 02903. Please note, the address provided is a main business location of the company and may not be a good address for service of process. Typically, the courts prefer service of a summons and complaint to go to the Registered Agent. Service to the main address may be rejected at time of service or sometime down the line. Please advise if you would like to pivot service to the Registered Agent. Otherwise, we will proceed with service to One Citizens Plaza, Providence, RI, 02903 as originally instructed. Thank you - EmmaLee 3/26

2601569 Update from LPS/Legal Process Service Case#:2:26-CV-00887-APG-MDC Serve: Trustee Co

From:  Josefina Medina (josefina@lpsnv.com)

To:  kiknitwjesus@aol.com

Date:  Tuesday, March 31, 2026 at 01:45 PM PDT

Work Order #: 2601569
Case #:: 2:26-CV-00887-APG-MDC
Filed Date: 3/25/2026
Hearing Date:
Plaintiff: Adella L. Logan
Defendant: Citizens Bank, N.A.; et al.

Serve To: Trustee Corps

Date Served:

Time Served:

Your File:

Remarks: Hello, attempt to serve Trustee Corps at 3571 Red Rock St., Suite B (suite A is vacant), Las Vegas, NV 89103 was to no avail. Server spoke to Starr Meehan, who said all service of process needs to go to their Registered Agent, GKL Group, 3064 Silver Sage Dr., Suite 150, Carson City, NV 89701. We did not find a listing with Nevada Secretary of State for Trustee Corps, to confirm if this is an active Registered Agent. If you would still like for us to attempt that address an additional fee of $110.00 will apply, or we can close it with an affidavit of attempted service. Please advise how you would like to proceed. Thank you, Josefina 3/31.

724 S. 8th Street, Las Vegas, NV 89101 (https://maps.google.com/maps?ll=36.160082,-115.142664&z=16&
US&gl=US&mapclient=embed&q=724%20S%208th%20St%20Las%20Vegas%2C%20NV%208910

105 Mary Street, Reno, NV 89509
(https://www.google.com/maps/place/105+Mary+St,+Reno,+NV+89509/@39.514504,-119.80906,17z/data=!3m1!4b1!4m2!3m1!1s0x809
hl=en-US)

(888) 568-5566 (tel:8885685566)

contact@lpsnv.com (mailto:contact@lps%6Ev.com)

| User ID | Password | Login |

Get
Started (get-
started.asp)

(https://www.facebook.com/LegalProcessService)

(https://www.youtube.com/channel/UCNqc8ARWXu0PB1-9T56Uaaw)

(https://www.linkedin.com/pub/legal-process-service/53/266/846)



(home.asp)

# CREDIT CARD PAYMENT AUTHORIZED - TRANSACTION COMPLETED SUCCESSFULLY

**Thank you!**

**This transaction has been approved.**

*$195.70 has been charged* to your Visa ending in XXXX0054 for Services at 2601569 - Rush to A3

Done



(http://www.s|





(https://verify.authorize.net/anetseal/?
pid=fb23629e-295a-
4afc-adf0-
21668ce8d9d9&rurl=https://www.lpsnv.com)

724 S. 8th Street, Las Vegas, NV 89101 (https://maps.google.com/maps?ll=36.160082,-115.142664&z=16&
US&gl=US&mapclient=embed&q=724%20S%208th%20St%20Las%20Vegas%2C%20NV%208910'

105 Mary Street, Reno, NV 89509
(https://www.google.com/maps/place/105+Mary+St,+Reno,+NV+89509/@39.514504,-119.80906,17z/data=!3m1!4b1!4m2!3m1!1s0x8099
hl=en-US)

(888) 568-5566 (tel:8885685566)

contact@lpsnv.com (mailto:contact@lps%6Ev.com)

| User ID | Password | Login |

Get
Started (get-
started.asp)   (https://www.facebook.com/LegalProcessService)

(https://www.youtube.com/channel/UCNqc8ARWXu0PB1-9T56Uaaw)

(https://www.linkedin.com/pub/legal-process-service/53/266/846)



(home.asp)

# CONTACT US

SEND US A MESSAGE NOW (CONTACT.ASP)

# FORMS

**Please complete and submit the appropriate form from the list below**

NEW SERVICE OF PROCESS (NEW_SERVICE_WORKSHEET.ASP)

NEW EVICTION NOTICE (APP_FOR_NOTICE.ASP)

NEW SUMMARY EVICTION (NEW_SUMMARY_EVICTION.ASP)

NEW SMALL CLAIMS DEMAND LETTER (NEW_SM_CLAIMS.ASP)

NEW SMALL CLAIMS COMPLAINT (NEW_SM_CLAIMS_ACTION.ASP)

NEW WRIT (SMALL CLAIMS COURT) (NEW_WRIT_EXECUTION.ASP)

NEW COURT RUN (NEW_COURT_RUN.ASP)

CREDIT CARD PAYMENT (HTTPS://WWW.LPSNV.COM/CREDIT_CARD_AUTH.ASP)

PAYPAL PAYMENT (HTTPS://WWW.LPSNV.COM/PAYPAL.ASP)

# Legal Process Service - Serving Las Vegas, Reno, Carson City, and Nevada

Legal Process Service (LPS) has been providing the **Las Vegas**, **Reno**, and **Carson City Metro** areas and the entire state of **Nevada** with professional and quality service of process since 1982. Our staff and process servers are professionals and are committed to getting results.

LPS is very aware of the importance a knowledgeable and reliable process server. Therefore, it is a constant work in progress anticipating and identifying client needs and developing services to better meet them. LPS has knowledgeable personnel to assist **national** and **international** requests for our clients. LPS has developed a network of reliable contacts and providers throughout the United States and abroad that enables us to ensure a constant commitment to quality service and adherence to rules of civil procedure. LPS wants to be your one stop for service of process!

## EVICTION SERVICES (EVICTIONS.ASP)

Convenience is the focus of service for our clients. Though we operate primarily out of the Las Vegas, Carson City, and Reno areas, LPS staff is trained in the summary eviction process for the various counties within the state of Nevada. We offer our services to people all over the nation. We understand the importance that eviction requests be tended to expeditiously. Our eviction clients range from large property management companies to private landlords. We are here to help our clients navigate the "summary eviction" process effectively and expeditiously. Our goal is that our clients use our eviction services with confidence. Go to Eviction Services Page (evictions.asp)

## SMALL CLAIMS (SMALL_CLAIMS.ASP)

LPS knowledgeable staff is here to assist you with every step of the Small Claims process. LPS Small Claims service is designed to address our clients' important schedule. LPS will prepare the small claims documents, and file them with the court. LPS process servers will then serve the documents and affidavits will be filed in a timely manner with the court of jurisdiction. All that is left for our client to do is show up at the hearing to present their case. LPS will provide copies all small claims documentation so that our client is prepared for the hearing.

Once the judgment has been rendered by the court, upon client request, LPS can proceed with preparation and filing of Writs for wage garnishment or property liens. We are here to help our clients navigate the process effectively. Go to Small Claims Page (small_claims.asp)

## NATIONWIDE PROCESS SERVICE (NATIONWIDE_SERVICE.ASP)

LPS has more than 30 years of experience in the service of process industry. We have cultivated a list of preferred vendors throughout the country and internationally. Our Interstate Department can handle your service efficiently and economically. Clients can depend on timely electronic updates concerning status. LPS prides itself on quality service of process and follows strict adherence to states' codes of civil procedure. All service fees quoted include multiple attempts. Expedited handling is our specialty!

Besides national service of process, LPS can also assist with clients' needs to domestic a Subpoena outside the state of jurisdiction (foreign deposition subpoenas). LPS personnel have extensive knowledge with assisting clients when it comes to issuing subpoenas for out-of-state depositions.

## SERVICE HANDLINGS

LPS has 4 types of service handlings:

Routine (7-10 days)

Business Routine (2-3 business days)

Priority (48 hours)

Immediate (same day/24 hours)

All LPS service fees (with the exclusion of time and mileage service requests) include multiple attempts, weekend tries at no additional charge, notarized affidavits and timely updates.

LPS also offers "on demand" and specialty service handling –

Arranged/Surprised Meetings

Stakeouts

Evasive Individuals

Convention Services

International Services

Fees for Specialty services are quoted upon request.

## INTERNATIONAL PROCESS SERVICE

Over our thirty years in business, LPS has cultivated a list of preferred vendors' throughout the world. Our International Services Department strives to get your service completed as promptly, efficiently and economically as possible. You can depend on efficient electronic updates concerning status and completion of your service. LPS prides itself on quality service of process and follows strict adherence to your states codes of civil procedure.

## SKIP TRACING / DUE DILIGENCE

LPS skip tracing specialists are dedicated to obtaining results! Our skip tracing specialists boast a high success rate when it comes to locating defendants, witnesses, and other various entities. LPS understands the importance and necessity of a thorough skip trace. Many times courts of jurisdiction will require that a diligent effort be made to locate the individual/entity before an order for alternate service of process will be granted and/or a default judgment is secured. LPS skip tracing specialists are aware of these requirements and are diligent in their efforts. Skip tracing begins on the local front and can expand nationally as needed. More

# COURT SERVICES IN LAS VEGAS, RENO, AND CARSON CITY

## COURT FILINGS - AT WINDOW

When law firms need to get court filings done and conformed copies back quickly, the smart choice is Legal Process Service (LPS). LPS will assign a dedicated runner to your filing request and will handle your filing "at window". Prompt updates are provided and conformed copies returned electronically. LPS can assist with court filings anywhere in Nevada as well as, the U.S.

## E-FILING - NEVADA

LPS will move your legal documents with speed and accuracy through the e-filing system as utilized by Nevada courts. LPS staff will promptly submit all e-filing requests, remit e-filing fees, and conformed copies will be provided electronically. The ease and timeliness of this service is a plus for many of our busy clients.

## COUNTY RECORDINGS

LPS personnel can offer assistance with recording of a document. Our staff can provide assistance with recording real property or land documents (i.e., Deeds, Quit Claim Deed, Deed Upon Death, Grant Bargain Sale, Trustee Deed, etc.) as well as, other types of documents, (Abstract of Judgment; Mechanic's Lien, Notice of Non-Responsibility, etc). LPS will provide information on recording fees and county requirements for the recording. Additionally, a dedicated LPS runner will be assigned to handle your recording "at window". A prompt electronic update is provided with recording confirmation.

LPS can also offer assistance with recordings on a national basis.

## COURT AND COUNTY RECORDER RECORD SEARCHES

Legal Process Service can offer assistance with court and county recorded record searches. Standard procedure for court record searches will begin with retrieval of the case docket sheet and/or Register of Actions. Clients will be provided a detailed list of documents filed to the case. Client can then carefully review and request copies. LPS will address all copy requests in a timely manner. A fee is incurred for record searches and copies are billed accordingly. A similar procedure is followed with county recorder searches. Some of the most common and requested types of record searches are for Marriage License/ Abstract of Marriage recordings, Divorce Decrees, Judgments, Mechanic's Liens, etc. Please click here (new_court_run.asp) for assistance with a records search.



(http://www.s|



Authorize.Net
Click▶

(https://verify.authorize.net/anetseal/?
pid=fb23629e-295a-
4afc-adf0-
21668ce8d9d9&rurl=https://www.lpsnv.com)

# Exhibit C
Email Notice to Trustee Corps

----- Forwarded Message -----
**From:** kiknitwjesus@aol.com <kiknitwjesus@aol.com>
**To:** support@trusteecorps.com <support@trusteecorps.com>; rprequest@trusteecorps.com <rprequest@trusteecorps.com>; documents@trusteecorps.com <documents@trusteecorps.com>
**Cc:** kiknitwjesus@aol.com <kiknitwjesus@aol.com>
**Sent:** Friday, April 3, 2026 at 05:48:24 AM PDT
**Subject:** NOTICE OF FEDERAL LAWSUIT AND PENDING INJUNCTIVE RELIEF - TIME SENSITIVE

To Whom It May Concern,

This correspondence serves as formal notice that a federal civil action has been filed in the United States District Court for the District of Nevada concerning the subject loan and property.

Name: Logan v. Citizens Bank, N.A., et al. Case No.: 2:26-cv-00887-APG-MDC

The action includes claims for wrongful foreclosure, violations of federal servicing regulations, and a request for declaratory and injunctive relief.
An Emergency Motion for Temporary Restraining Order has been filed and is currently pending before the Court.

**PLEASE TAKE NOTICE:**
Your company, identified as the acting trustee in connection with the pending foreclosure, is a named defendant in this action.
Multiple good faith attempts have been made to effectuate formal service of process through known addresses and agents. Those efforts are ongoing and being actively pursued.

**TIME-SENSITIVE NOTICE:**
Any continuation of foreclosure activity, including proceeding toward sale of the subject property, while this matter is pending before the Court, may subject your company to liability, including but not limited to wrongful foreclosure and further legal action.

Accordingly, you are hereby instructed to:
1. Immediately preserve all records, communications, and documents related to this loan and property
2. Refrain from proceeding with any foreclosure sale or related actions pending resolution of this matter

Courtesy copies of the filed Complaint and Emergency Motion for Temporary Restraining Order are attached for your review.

Formal service of process will follow in accordance with applicable law.

Please direct any response or contact regarding this matter in writing.

Sincerely,

Adella L. Logan Plaintiff, Pro Se

---

**Attachments**

- Emergency TRO.pdf
- Verified Complaint.pdf

# Exhibit D
## Process Server Invoice and Service Confirmation

# Legal Process Service
## Professional Service Since 1982
724 S. Eighth Street, Las Vegas, Nevada 89101-7005
Telephone (702) 471-7255    Fax (702) 471-7248
**Tax ID - 88-0293775    NV PILB Lic. #604**
**www.LPSNV.com    contact@LPSNV.com**

Invoice #  **2601567**
Invoice Date: 04/01/2026

**Adella L Logan**
Adella L Logan
Attention:  Adella L Logan
2009 Paradise Harbor Place
North Las Vegas , NV  89031

Insured:
Attention:  ***ADELLA L LOGAN***

\*\*Service was accepted by Marcus Vicente, Legal Clerk, at c/o Legal Department, One Citizens Bank Way, Johnston, RI 02919. Your affidavit will soon follow. Thank you, Kisun (03/31/2026)\*\*

| | | | |
|---|---|---|---|
| **Plaintiff(s)** | *Adella L. Logan* vs *Citizens Bank, N.A.; et al.* | **Court:** United States District | |
| **Defendant(s)** | | **County:** District of | |
| **Re:** | **Citizens Bank, N.A.** | **Civil Action** 2:26-CV-00887- | |

**Documents Served or Service Provided:** Summons in a Civil Action; Verified Complaint for: (1) Violations of RESPA (12 U.S.C. § 2605), (2) Violations of FHA Servicing Regulations (24 C.F.R. § 203.604), (3) Wrongful Foreclosure, (4) Declaratory and Injunctive Relief; Exhibits; Civil Cover Sheet; Emergency Motion for Temporary Restraining Order

Your File _____
Purchase Order _____
Hearing Date _____
Date Served: 03/30/2026
Time Served: 10:50am

| Date | Service Description | Service Fee | Date Paid | Check# / Auth # | Fee Paid |
|---|---|---|---|---|---|
| 03/25/26 | Advance Deposit CC | | 03/25/26 | 121540772580 | $189.25 |
| 03/25/26 | Advance Deposit CC | | 03/25/26 | 121540774846 | $31.93 |
| 03/30/26 | Served c/o Marcus Vincent at One Citizens Bank Way, Johnston, RI 02919 | $175.00 | | | |
| | Copy Fee | $31.00 | | | |
| | \*\*Includes copy fees for three WOs total | | | | |
| | Credit Card surcharge | $15.18 | | | |
| | \*\*Includes 3% surcharge for three WOs total | | | | |
| | **Sub-Totals:** | $221.18 | | **Total Paid:** | $221.18 |

**Terms**: Payment is due in full upon receipt; and is not contingent upon client or insurance reimbursement.  A past due fee of 15% will be assessed on all outstanding invoices of 30 days or more from the invoice date.

**Total Amount Due =**    **$0.00**
**Invoice Due Date:    5/1/2026**

----

Please detach and return this section with your payment. Make checks payable to Legal Process Service

Adella L Logan
Adella L Logan
2009 Paradise Harbor Place
North Las Vegas, NV  89031

***We Appreciate Your Business!  Thank You!***
***Please Pay By Due Date To Avoid Past Due Charges.***

**Remit Payment to:**

**Legal Process Service**
**724 South 8th Street**
**Las Vegas, NV 89101**

| | |
|---|---|
| **Work Order #** | **2601567** |
| Invoice Date: | 04/01/2026 |
| **Invoice Due Date:** | **5/1/2026** |
| Client ID #: | M19866 |
| **Total Amount Due =** | **$0.00** |

# Exhibit E
Notice of Trustee Sale

Inst #: 20260316-0001404
Fees: $42.00
03/16/2026 02:51:26 PM
Receipt #: 6152073
Requestor:
First American Title Insu
Recorded By: SCHIABLE   Pgs: 3
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN 124-32-713-040

RECORDING REQUESTED BY:

First American Title Company

WHEN RECORDED MAIL TO:

MTC Financial Inc. dba Trustee Corps
3571 Red Rock St., Ste B
Las Vegas, NV 89103

---

TS No: NV07000042-25-1                                                    TO No: 92244412

## NOTICE OF TRUSTEE'S SALE
## IMPORTANT NOTICE TO PROPERTY OWNER

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST AND SECURITY AGREEMENT DATED May 25, 2022. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On **May 15, 2026**, at **10:00 AM, MTC Financial Inc. dba Trustee Corps**, as duly appointed Trustee **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH Nevada Legal News, 930 S. 4th Street, Las Vegas, NV 89101**, all right, title and interest conveyed to and now held by it under and pursuant to Deed of Trust recorded on June 7, 2022, as Instrument No. 20220607-0001345, of the official records in the Office of the Recorder of Clark County, Nevada, executed by ADELLA L LOGAN, AN UNMARRIED WOMAN as Trustor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, as nominee for THE FEDERAL SAVINGS BANK as Beneficiary, all that certain property situated in said County and State, and more commonly described as: **SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: **5009 PARADISE HARBOR PL, NORTH LAS VEGAS, NV 89031-0986**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty expressed or implied, regarding title, possession or encumbrances, to pay the remaining unpaid principal balance of **$322,116.48**, the obligations secured by the property to be sold and reasonably estimated costs, expenses and advances as of the first publication date of this Notice of Trustee's Sale. Accrued interest and additional advances, if any, will increase the figure prior to sale. The property offered for sale excludes all funds held on account by the property receiver, if applicable.



TS No: NV07000042-25-1

## EXHIBIT "A"

PARCEL 1:

LOT 91 IN BLOCK 3 OF TIERRA DE LAS PALMAS VILLAGE 2-UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 84 OF PLATS, PAGE 89 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR ACCESS,INGRESS AND EGRESS OVER THE ASSOCIATION PROPERTY SUBJECT TO THE CONDITIONS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PELICAN CREEK, RECORDED JULY 2, 1997 IN BOOK 970702 AS DOCUMENT NO. 01370 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA WHICH EASEMENT IS APPURTENANT TO PARCEL ONE.



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Adella L. Logan,
Plaintiff,

v.

Citizens Bank, N.A., et al.,
Defendants.

Case No. 2:26-cv-00887-APG-MDC

## [PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE

The Court, having reviewed Plaintiff's Motion for Status of Service and for Order Authorizing Alternative Service, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is authorized to effect service upon Defendants, including Trustee Corps, LLC and Mortgage Electronic Registration Systems, Inc. (MERS), by the following alternative means:

1. Email to:
   - support@trusteecorps.com
   - documents@trusteecorps.com
   - rprequest@trusteecorps.com
2. Email to any known corporate or registered agent email addresses associated with MERS
3. First-class and certified U.S. Mail to:

**Trustee Corps, LLC**
3571 Red Rock St., Suite B
Las Vegas, NV 89103

**Mortgage Electronic Registration Systems, Inc. (MERS)**
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

IT IS FURTHER ORDERED that service shall be deemed effective upon completion of the above methods.

IT IS FURTHER ORDERED that Defendants shall respond within the time prescribed by the Federal Rules of Civil Procedure following completion of service.

IT IS SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2026, I caused a true and correct copy of the foregoing Motion for Status of Service and for Order Authorizing Alternative Service, along with all attached exhibits and proposed order, to be served as follows:

**Citizens Bank, N.A.**
c/o Legal Department
One Citizens Bank Way
Johnston, RI 02919

**Trustee Corps, LLC**
3571 Red Rock St., Suite B
Las Vegas, NV 89103

Email:
support@trusteecorps.com
documents@trusteecorps.com
rprequest@trusteecorps.com

**Mortgage Electronic Registration Systems, Inc. (MERS)**
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Service was made via U.S. Mail and electronic service where applicable.

/s/ Adella L. Logan
Adella L. Logan
Plaintiff, Pro Se