**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

**ADELLA L. LOGAN, solely in her capacity as Trustee of the Adella L. Logan Trust dated June 8, 2020,**
Plaintiff,

v.

**CITIZENS BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
TRUSTEE CORPS; and DOES 1–10,**
Defendants.

Case No. 2:26-cv-00887-APG-MDC

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to LR 7.1-1 of the Local Rules of Practice of the United States District Court for the District of Nevada, Plaintiff, Adella L. Logan, solely in her capacity as Trustee of the Adella L. Logan Trust dated June 8, 2020, hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, or other entities have an interest in the outcome of this case:

1. Adella L. Logan, solely in her capacity as Trustee of the Adella L. Logan Trust dated June 8, 2020
   Plaintiff
2. Citizens Bank, N.A.
   Defendant
3. Mortgage Electronic Registration Systems, Inc. ("MERS")
   Defendant
4. Trustee Corps / MTC Financial Inc. d/b/a Trustee Corps
   Defendant

Plaintiff is not aware of any other persons or entities that have a direct pecuniary interest in the outcome of this case.

/s/ Adella L. Logan
ADELLA L. LOGAN, solely in her capacity as
Trustee of the Adella L. Logan Trust dated June 8, 2020

5009 Paradise Harbor Place
North Las Vegas, Nevada 89031

DATED: May 22, 2026



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 22 2026

CLERK US DISTRICT
DISTRICT OF
BY:

**CERTIFICATE OF SERVICE**

I, Adella L. Logan, hereby certify that on this 22nd day of May, 2026, I caused a true and correct copy of the:

**CERTIFICATE OF INTERESTED PARTIES**

to be served upon all parties required to be served pursuant to Rule 5 of the Federal Rules of Civil Procedure, by the methods indicated below.

Citizens Bank, N.A.
c/o Legal Department
One Citizens Bank Way
Johnston, RI 02919

Mortgage Electronic Registration Systems, Inc. (MERS)
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Nathan F. Smith, Esq.
MALCOLM ♦ CISNEROS, A Law Corporation
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89128
nathan@mclaw.org

Trustee Corps / MTC Financial Inc. d/b/a Trustee Corps
c/o GKL Registered Agents of NV, Inc.
3064 Silver Sage Dr Ste 150
Carson City, NV 89701

Courtesy Copy:
Trustee Corps Corporate Office
17100 Gillette Ave.
Irvine, CA 92614

support@trusteecorps.com

documents@trusteecorps.com

METHOD OF SERVICE

☒ United States Mail, First Class, Postage Prepaid
☒ Electronic Mail (where applicable)

DATED: May 22, 2026

/s/ *Adella L. Logan*
ADELLA L. LOGAN, solely in her capacity as
Trustee of the Adella L. Logan Trust dated June 8, 2020
Plaintiff, Pro Se